UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR GLEN FORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W. MUNIZ, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 14-1562-DDP (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied. *See* 28 U.S.C.

1 § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2 322, 336 (2003).
3
4 DATED:     January 20, 2016
5
6                                          _____
7                                          DEAN D. PREGERSON
                                           UNITED STATES DISTRICT JUDGE
8
9
...
28 C:\Users\dluengo\AppData\Local\Microsoft\Windows\Temporary Internet

Files\Content.IE5\KFVP5PW5\ED14CV01562-DDP-Order accep r&r.wpd